## Hyman Reiver & Company, Appellant, *v.* Continental Casualty Company.

Argued Sep-

tember 18, 1964. *Herbert Somerson*, for appellant; *S. Gordon Elkins*, with him *Daniel Mungall, Jr.*, and *Stradley, Ronon, Stevens & Young*, for appellee.

Order affirmed.